

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Kevin J. Maggio*
*Assistant United States Attorney*
*Senior Trial Counsel, Civil Division*

*401 Market Street, 4th Floor*          *Main: (856) 757-5105*
*P.O. Box 2098*                          *Direct: (973) 986-6708*
*Camden, NJ 08101*                       *kevin.maggio@usdoj.gov*

July 24, 2026

<u>**Via Electronic Filing**</u>
Hon. Michael E. Farbiarz, U.S.D.J.
United States District Court, D.N.J.
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

> Re:  ***Ortiz Tacen v. Blanche***, No. 26-cv-9084 (MEF)
>       **Status Update**

Dear Judge Farbiarz:

This Office represents Respondents in the above-referenced habeas matter filed by a noncitizen challenging the legality of his detention by U.S. Immigration and Customs Enforcement ("ICE") pursuant to 8 U.S.C. § 1225(b)(2). We respectfully write to inform the Court that, pursuant to Your Honor's July 24, 2026 Text Order (ECF No. 8), Petitioner has been scheduled for a bond hearing before the Elizabeth Immigration Court for July 27, 2026, at 8:30 a.m. Ex. 1 (July 24, 2026 Hr'g Notice). However, Petitioner's counsel has advised this Office that Petitioner intends to seek an adjournment of that hearing. Consequently, Respondents respectfully request leave to file a subsequent status update at the conclusion of the Court-ordered bond hearing in immigration court.

If this proposal meets with the Court's approval, we respectfully request that Your Honor "So Order" this letter and have the Clerk's Office file it on the docket. We thank the Court for its consideration of this matter.

Hon. Michael E. Farbiarz, U.S.D.J.
July 24, 2026
Page 2

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:    *s/ Kevin J. Maggio*
KEVIN J. MAGGIO
Assistant United States Attorney
Senior Trial Counsel, Civil Division
*Attorneys for Respondents*

cc:    All counsel of record (*via electronic filing*)

Encl.

**SO ORDERED.**
**s/ Michael E. Farbiarz**
**Michael E. Farbiarz, U.S.D.J.**
Date: July 28, 2026